UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

EDUARDO RODRIGUEZ-RENTERIA         CASE NO: 8:09-CR-223-T-30EAJ

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates the Defendant has failed to respond to this Court's Order (Dkt. #140) issued on April 9, 2013. Accordingly, the Court will construe Defendant's Motion to Dismiss (Dkt. #137) as a motion to vacate, correct or set aside sentence pursuant to 28 U.S.C. § 2255. It is therefore

ORDERED AND ADJUDGED that:

1. The Clerk is directed to open a civil case and docket Defendant's Motion (Dkt. #137) as a motion to vacate, correct or set aside sentence pursuant to 28 U.S.C. § 2255.

2. Defendant's Motion (Dkt. #137) filed in the above-referenced criminal case is terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of May, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-223 Renteria convert 2255.docx